FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

GEORGE E. MEDELLIN,

           Petitioner,

   v.

ROBERT A. HOREL, Warden,

           Respondent.

No.  CV 06-4053-SJO (AGR)

**JUDGMENT**

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and that this action is dismissed with prejudice.

DATED: _____1/13/08_____

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE